

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT NOMINATION FILING** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Hernandez, Marco A. | 2. Court or Organization  U.S. District Court, Oregon | 3. Date of Report  08/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Nominee | 5a. Report Type (check appropriate type)  ☑ Nomination, Date 07/14/2010  ☐ Initial ☐ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2009 to 06/30/2010 |
| 7. Chambers or Office Address  145 NE Second Ave. Hillsboro, OR 97124 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-trustee | Trust I |
| 2. Committee Member | Pacific University School of Psychology Advisory Committee |
| 3. Committee Member | Vision Action Network |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1993 | Oregon Public Employees Retirement System-Retirement Account; full benefits upon retirement age 65. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 08/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Oregon, Judicial Salary | $112,800.00 |
| 2. 2009 | State of Oregon, Judicial Salary | $114,468.00 |
| 3. 2010 | State of Oregon, Judicial Salary | $66,773.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | David Evans and Associates, Salary |
| 2. 2009 | Standard Insurance, Disability benefits |
| 3. 2010 | David Evans and Associates, Salary |
| 4. 2010 | Standard Insurance, Disability benefits |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 8

Name of Person Reporting

Hernandez, Marco A.

Date of Report

08/27/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | Exempt | | | | |
| 2. Oregon Savings Growth Plan-Deferred Compensation | | None | M | T | | | | | |
| 3. -Life Path 2020 Portfolio Fund | | | | | | | | | |
| 4. -Stable Value Option | | | | | | | | | |
| 5. -Intermediate-Bond Option | | | | | | | | | |
| 6. -Large Company Value Stock | | | | | | | | | |
| 7. -Stock Index Option | | | | | | | | | |
| 8. -Large Co Growth Stock Option | | | | | | | | | |
| 9. -International Stock Option | | | | | | | | | |
| 10. -Small/Mid-Size Co. Stock Option | | | | | | | | | |
| 11. Putnam IRA | | None | J | T | | | | | |
| 12. -Putnam Voyager Fund Cl-A | | | | | | | | | |
| 13. Washington County Deferred Comp | | None | K | T | | | | | |
| 14. -Maxim MFS International ValuePortfolio | | | | | | | | | |
| 15. -Maxim Index 600 Portfolio | | | | | | | | | |
| 16. -RidgeWorth Small Cap Growth Stock-I | | | | | | | | | |
| 17. -Ariel Appreciation Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 8

Name of Person Reporting

Hernandez, Marco A.

Date of Report

08/27/2010

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Davis New York Venture Fund-R | | | | | | | | | |
| 19. -Federated Capital Appreciation, A | | | | | | | | | |
| 20. -Maxim Stock Index Portfolio | | | | | | | | | |
| 21. -Oppenheimer Capital Appreciation, A | | | | | | | | | |
| 22. -Maxim Bond Index Portfolio | | | | | | | | | |
| 23. -Maxim Loomis Sayles Bond Portfolio | | | | | | | | | |
| 24. David Evans Stock (common) | | None | K | T | | | | | |
| 25. David Evans 401(k) | | None | L | T | | | | | |
| 26. -Bank of America Stable Value | | | | | | | | | |
| 27. -Vanguard Int-Term Bd Idx Sig | | | | | | | | | |
| 28. -Dodge And Cox Balanced | | | | | | | | | |
| 29. -Amercian Funds Gr Fnd R5 | | | | | | | | | |
| 30. -Baron Growth Retail Fund BGRFX | | | | | | | | | |
| 31. -DEEI Stock | | | | | | | | | |
| 32. David Evans ESOP | | None | K | T | | | | | |
| 33. Standard Insurance Stock (common) | A | Dividend | J | T | | | | | |
| 34. Trust 1 | | None | K | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 08/27/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Met Life Universal Life Policy | | | | | | | | | |
| 36. -Sterling Savings Bank Account | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding Part VII:

Lines 3-10 reflect fund catagories for a deferred compensation account. The account is 457 plan. It is managed by the State of Oregon Savings Growth Plan. Each item listed reflects investment catagories as opposed to mutual funds. I can select the catagories. However, I have no control over the individual inverstments within the catagories. The Oregon Savings Growth Plan controls the make-up of the catagories.

Line 11 is a Putnum IRA. The Putnam IRA is comprised entirely of a mutual fund. It is called, Putnam Voyager Fund CI-A.

Line 34 is Trust 1. The reported income and value correspond with this beneficiary's share of Trust 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Marco Hernandez_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544